BEN A. ADAMS COMPANY, Inc., Appellant, v. The FORT MITCHELL COUNTRY CLUB, Incorporated, Appellee.

No. 7762.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1937.

Rouse & Price, of Covington, Ky., for appellant.

William J. Deupree, of Covington, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court having considered the motion of appellee to dismiss the appeal, and appellant's objections thereto, it is now ordered that the motion to dismiss be, and the same is hereby, granted.

Appeal dismissed.

Lester E. DEELEY, Administrator de Bonis Non of Estate of Isaac Berkovitz, Appellant, v. Brenton H. SCOTT et al., Appellees.

No. 7039.

Circuit Court of Appeals, Sixth Circuit.

Nov. 3, 1937.

Griffin, Heal & Emery, of Detroit, Mich., for appellant.

Lewis & Watkins, Abram Sapiro, Robert S. Marx, and Lawrence Levi, all of Detroit, Mich., for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

Upon reading and filing the stipulation of the parties to the above-entitled cause, by their respective attorneys. It is ordered that the above-entitled appeal now pending before this court, being cause No. 7039, be, and it is hereby, dismissed and discontinued without prejudice and without costs to either party.

Appeal dismissed.

Frank W. BERNING, Appellant, v. The LOUISVILLE & NASHVILLE RAILROAD CO., a Corporation under the Laws of Kentucky, Appellee.

No. 7398.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1937.

Pogue, Hoffheimer & Pogue and Joseph W. O'Hara, all of Cincinnati, Ohio, for appellant.

Dinsmore, Shohl, Sawyer & Dinsmore, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that the judgment in this case be, and the same is, affirmed upon the authority and reasoning of Radio Corporation of America v. Raytheon Manufacturing Co., 296 U.S. 459, 56 S.Ct. 297, 80 L.Ed. 327.

Affirmed.